UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-3 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| DELMER LEE WILLIAMS, III | ) | Magistrate Judge Dumitru |

**ORDER**

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One, Two, and Three of the three-count Indictment; (2) accept Defendant's guilty plea to Counts One, Two, and Three; (3) adjudicate Defendant guilty of Counts One, Two, and Three; (4) defer a decision on whether to accept the plea agreement [Doc. 17] until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter [Doc. 24]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 24] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One, Two, and Three of the three-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One, Two, and Three is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Counts One, Two, and Three;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **October 9, 2025, at 10:00 a.m. ET** before the undersigned.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**